IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **JANIS SHUMWAY,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:21-cv-01138-STA-jay |
| ) | |
| **SHRI HARI PROPERTIES, INC.** d/b/a ) | |
| **BEST WESTERN, a Tennessee Corporation,** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO STAY**

Before the Court is Plaintiff's Motion to Stay. (ECF No. 14.) The Motion asks the Court to stay this action and reset the answer and response deadlines pending the outcome of an appeal in a separate but substantively identical lawsuit involving the same Plaintiff.

For good cause shown, the Court finds that the requested stay of proceedings is appropriate and Plaintiff's Motion is **GRANTED**. This matter is stayed pending a ruling by the 6th Circuit in the separate *Shumway v. Neil Hospitality, Inc.*, No. 21-6079 appeal before the 6th Circuit. The parties shall submit a joint status report 14 days after the Sixth Circuit issues a mandate in *Neil Hospitality*. The answer and response deadlines will be reset by the Court at that time. Nothing in this order or the related docket entry shall be considered a dismissal or disposition of this case.

Further, because the Court will reset the answer and response deadlines after the parties submit a status report, Defendant's Motion for Extension of Time to File Answer (ECF No. 9) and Plaintiff's Motion for Extension of Time to File Response/Reply (ECF No. 17) and Plaintiff's Consent Motion for Extension of time to File Response/Reply (ECF No. 18) are all **DENIED** as moot.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: December 10, 2021.